IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LATORIA JEFFERSON                                                                                   PLAINTIFF

V.                                                                            CIVIL ACTION NO. 1:20-CV-119-SA-JMV

MORTGAGE CONTRACTING SERVICES, LLC,
and BREWER'S LAWN CARE & PROPERTY
PRESERVATION, LLC.                                                                                DEFENDANTS

## ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on June 10, 2020. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 11th day of June, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE