**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**LATORIA JEFFERSON**                                           **PLAINTIFF**

**v.**                                                           **NO.: 1:20-CV-119-SA-JMV**

**MORTGAGE CONTRACTING SERVICES, LLC,
AND BREWER'S LAWN CARE & PROPERTY
PRESERVATION, LLC**                                              **DEFENDANTS**

**ORDER**

The court has granted a continuance of the trial to April 24, 2022 [47]. Accordingly, the discovery is now due by December 14, 2021 and *Daubert* and dispositive motions are due by December 30, 2021.

**SO ORDERED**, this, the 8th day of September, 2021.

                                                               /s/ Jane M. Virden
                                                               UNITED STATES MAGISTRATE JUDGE